LAYMAN ET AL., APPELLEES, *v.* BINNS ET AL., APPELLANTS.

[Cite as Layman *v.* Binns (1988), 39 Ohio St. 3d 605.]

(No. 87-124—Submitted September 20, 1988—Decided November 9, 1988.)

*Pratt, Hemm & Kindell* and *Robert A. Pratt,* for appellees.

*Faust, Harrelson, Fulker & Mc-Carthy* and *John E. Fulker,* for Robert A. Pratt.

*H. Fred Hoefle* and *Rodger N. Walk,* for appellants.

This cause came on for further consideration upon the request of Robert A. Pratt, attorney for plaintiffs-appellees, for a clarification of the order of this court in the above-styled case, dated August 31, 1988. Upon consideration thereof, it is the intention of the court to assess liability for the payment of garnisheed funds only to parties to the action before the court or to any person holding funds in trust for plaintiffs-appellees. (See [1988], 35 Ohio St. 3d 176, 519 N.E. 2d 642.)

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

THE STATE OF OHIO, APPELLANT, *v.* NELSON, APPELLEE.

[Cite as State *v.* Nelson (1988), 39 Ohio St. 3d 605.]

(No. 87-1724—Submitted October 4, 1988—Decided November 9, 1988.)

*William F. Schenck,* prosecuting attorney, for appellant.

*Rudd, Silverberg, Zacharieff & Orlins Co., L.P.A.,* and *Anthony J. Zacharieff,* for appellee Steven Eugene Nelson.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS and H. BROWN, JJ., concur.

WRIGHT, J., dissents.

WRIGHT, J., dissenting. I would reach the merits of this cause and I would affirm.